899 A.2d 294

IN THE MATTER OF DAVID H. VAN DAM, AN ATTORNEY AT LAW (ATTORNEY NO. 015341981).

June 12, 2006.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–030, concluding that **DAVID H. VAN DAM** of **WAYNE**, who was admitted to the bar of this State in 1981, should be reprimanded for violating *RPC* 1.8(c)(a lawyer shall not prepare an instrument giving the lawyer or a person related to the lawyer as parent, child, sibling or spouse any substantial gift from a client, including a testamentary gift, except where the client is related to the donee), and good cause appearing;

It is ORDERED that **DAVID H. VAN DAM** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.